AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID B. CAMPBELL,

                Plaintiff,

                v.

STEVENS COUNTY SUPERIOR COURT JUDGE REBECCA M. BAKER,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-301-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is dismissed with prejudice pursuant to the Court's Order entered on January 21, 2010, Ct Rec 20.

| | |
|---|---|
| January 21, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |